UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

ELAINE L. CHAO, Secretary of Labor
United States Department of Labor

vs. C.A. NO. 07-240S

OCEAN STATE PEELED POTATO, INC.

AND

EMILIO CARDILLO

ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of the Defendants.

Seth Adam Perlmutter, Esquire #1735
**PERLMUTTER LAW**
949 Park Avenue
Cranston, RI 02910
Phone: 401-461-8880
Fax: 401-461-8902

CERTIFICATION

I hereby certify I mailed a copy of the within to James Glickman, Esquire US Department of Labor, Office of the Regional Solicitor, JFK Federal Building, Room E-375, Boston, MA 02203 on the 30th day of July, 2007.