UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

ELAINE L. CHAO, Secretary of Labor
United States Department of Labor

vs. C.A. NO. 07-240S

OCEAN STATE PEELED POTATO, INC.

AND

EMILIO CARDILLO

ANSWER OF DEFENDANTS' OCEAN STATE PEELED POTATO, INC.
AND EMILIO CARDILLO

I. Admit.

II. Admit.

III. Denied.

IV. Defendant admits the allegations contained in paragraph IV of Plaintiff's Complaint as they pertain to Ocean State Peeled Potato, Inc., but deny the allegations as they pertain to Emilio Cardillo.

V. Admit.

VI. Denied.

VII. Denied.

VIII. Denied.

IX. Denied.

WHEREFORE Defendants pray that Plaintiff's Complaint be denied and dismissed and that they be awarded such other and further relief as this Honorable Court shall deem meet and just.

Ocean State Peeled Potato, Inc. and
Emilio Cardillo
By their Attorney,

Seth Adam Perlmutter, Esquire #1735
**PERLMUTTER LAW**
949 Park Avenue
Cranston, RI 02910
Phone: 401-461-8880
Fax: 401-461-8902

CERTIFICATION

I hereby certify I mailed a copy of the within to James Glickman, Esquire US Department of Labor, Office of the Regional Solicitor, JFK Federal Building, Room E-375, Boston, MA 02203 on the 30th day of July, 2007.