# EXHIBIT A

| Employee Name | Total Back Wages Due |
|---|---|
| Chach, Julio | $728.04 |
| Chico, Eulalio | $416.02 |
| Cumar, Eusebio | $374.42 |
| DeLeon, Adalia | $2,080.11 |
| DeLeon, Jackeline | $2,163.31 |
| DeLeon, Ross | $374.42 |
| DeLeon, Jafia | $2,163.31 |
| Esvin, Mota | $2,163.31 |
| Gomez, Reginaldo | $665.63 |
| Gonzalez, Javier | $2,163.31 |
| Gonzalez, Marta | $2,163.31 |
| Gonzalez, Victor | $2,163.31 |
| Ixcuna, Ana | $1,289.67 |
| Marcario, Diego | $748.80 |
| Monterroso, Gerber | $665.63 |
| Ramos, Domingo | $1,081.66 |
| Ramos, Glenda | $582.43 |
| Valaquez, Beatriz | $2,163.31 |
| **Total** | **$24,150.00** |